EVELYN B. MACCONNELL, Respondent, v. ALICE MILLER, Appellant.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ROBERT DAVIDOFF, Respondent, v. SAMUEL KAPLAN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.; Clarke, P. J., dissenting.

IRVING SILK COMPANY, INC., Respondent, v. CARL LANG and Another, Copartners, etc., Appellants. CARL LANG and Another, Copartners, etc., Appellants, v. IRVING SILK COMPANY, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LOUIS HUEBSHMAN, Respondent, v. JULIUS G. KUGELMAN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH H. NASSOIT and Another, Appellants, v. CHATHAM AND PHENIX NATIONAL BANK OF NEW YORK, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

DENNIS O'ROURKE, as Executor, etc., of SARAH J. O'ROURKE, Deceased, Appellant, v. JAMES ROGERS, Respondent, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ISIDORE ABRAHAMS, Respondent, v. S. W. & W. AMUSEMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE H. MCLEAN, an Infant, by JAMES MCLEAN, His Guardian ad Litem, Appellant, v. ABSER REALTY COMPANY and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH MORRIS, Respondent, v. DIMOCK & FINK COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HERMAN KAPLOWITZ, an Infant, under the Age of Fourteen Years, by NATHAN KAPLOWITZ, His Guardian ad Litem, Appellant, v. MARSHEL LEFF, Respondent.— Order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was inadequate.* Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

* See Code of Ordinances of City of New York, chap. 24, art. 2, § 17, subd. 1. Amount of verdict was $100.— [REP.